UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 2:07-CR-035-RLH-RJJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| STEVEN M. VO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in Criminal Case (#47) on November 19, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution was not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) in the amount(s) listed below:

    Name of Payee: FBI
    **Total Amount of Restitution Ordered:** $39,000.00

Dated this __17__ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE